248 U. S.    Decisions on Petitions for Writs of Certiorari.

*Mr. Arthur McGuirk* for petitioner. *Mr. Amasa C. Paul* and *Mr. Edward Rector* for respondents.

---

No. 600. FRANK W. DARLING *v.* CITY OF NEWPORT NEWS. Error to the Supreme Court of Appeals of the State of Virginia. October 28, 1918. Petition for a writ of certiorari herein denied. *Mr. John Winston Read* and *Mr. Maryus Jones,* for plaintiff in error, in support of the petition. *Mr. John A. Massie,* for defendant in error, in opposition to the petition.

---

No. 601. PACIFIC MAIL STEAMSHIP COMPANY *v.* PANAMA RAILROAD COMPANY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for petitioner. *Mr. Richard Reid Rogers* for respondent.

---

No. 602. A. C. ROBINSON, TRUSTEE, ETC., *v.* SEABOARD NATIONAL BANK OF NEW YORK. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron* and *Mr. M. W. Acheson, Jr.,* for respondent.

---

No. 603. A. C. ROBINSON, TRUSTEE, ETC., *v.* J. H. PURDY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit

denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron* and *Mr. M. W. Acheson, Jr.*, for respondent.

---

No. 604. A. C. ROBINSON, TRUSTEE, ETC., *v.* EDWARD W. HUTCHINS ET AL., TRUSTEES, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron,* and *Mr. M. W. Acheson, Jr.,* for respondents.